ACCEPTED
03-13-00790-CV
8148214
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 6:07:02 PM
JEFFREY D. KYLE
CLERK

Scott R. Kidd
  Board Certified
  Civil Trial Law
  Personal Injury Trial Law
512.330.1713
scott@scottrkidd.com

# Kidd
## LAW FIRM



Scott V. Kidd
512.542.9895
svk@scottrkidd.com

Dee Vargas
512.542.9850
dee@scottrkidd.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 6:07:02 PM
JEFFREY D. KYLE
Clerk

December 8, 2015

Jeffrey D. Kyle
Clerk of the Third Court of Appeals
209 West 14th Street, Room 101
Austin, TX 78701

> Re:    No. 03-13-00790; *T. Mark Anderson, et al v. Richard T. Archer, et al*

Dear Mr. Kyle:

This will acknowledge the Court's notice of December 3, 2015, concerning the setting of this case for oral argument on January 27, 2016, at 9:00 a.m. Scott R. Kidd will present argument on behalf of the Appellants/Cross-Appellees.

Very truly yours,

Scott R. Kidd